**Opinion filed May 23, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00148-CV

_____

## IN THE INTEREST OF K.M.C., A CHILD

---

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. C48197**

---

## MEMORANDUM OPINION

Appellant has filed in this court a motion to withdraw his notice of appeal. In the motion, Appellant requests that his notice of appeal be withdrawn immediately, and he asks this court to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.


May 23, 2019                                                                     PER CURIAM

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.